**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **VELMA EASTERLING** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **v.** | )   **Civil Action No.: 2:07cv567-MHT** |
| | ) |
| **STATE OF ALABAMA, et al.,** | ) |
| | ) |
|     **Defendants** | ) |

## CONFLICT DISCLOSURE STATEMENT

Defendant(s) Crime Victims and Compensation Commission and Anita Drummond, in the above-captioned matter, and in accordance with the Order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members, and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047, as follows:

    1.    Defendant Crime Victims and Compensation Commission is a governmental entity;

    2.    Defendant Anita Drummond is an individual.

Dated this the 16th day of July, 2007.

    Respectfully submitted,

    /s/ Brandy Murphy Lee
Brandy Murphy Lee (ASB-8735-E67B)
CAMPBELL, GIDIERE, LEE,
    SINCLAIR & WILLIAMS, L.L.C.
2100-A SouthBridge Parkway, Suite 450
Birmingham, AL 35209
(205) 803-0051 – telephone
(205) 803-0053 – facsimile
blee@cwp-law.com – email

## CERTIFICATE OF SERVICE

      I hereby certify that I have on July 16, 2007, electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail as indicated below):

**Russell Wayne Adams**
**Rocco Calamusa, Jr.**
**Joseph Hiram Calvin, III**
**Richard Joe Ebbinghouse**
**Kimberly C. Page**
**Gregory O'Dell Wiggins**
Wiggins Childs Quinn & Pantanzis, PC
301 19th Street North
Birmingham, AL 35203-3204

**James Alan Mendelsohn**
Collins Law Firm
1117 22nd Street South
Birmingham, AL 35205-2813

**Robert Jackson Russell, Sr.**
Department of Agriculture & Industries
P. O. Box 3336
14450 Federal Drive
81 Watson Circle
Montgomery, AL 36107

**Henry Lewis Gillis**
Thomas Means Gillis & Seay PC
PO Drawer 5058
Montgomery, AL 36103-5058

**Frank Decalve Marsh**
Assistant General Counsel
State of Alabama
Department of Industrial Relations
649 Monroe Street, Room 211
Montgomery, AL 36131

**Andrew Weldon Redd**
Alabama Department of Transportation
Legal Bureau
1409 Coliseum Boulevard
Montgomery, AL 36110

**Alice Ann Byrne**
State Personnel Department
64 North Union Street
Folsom Administrative Building
Suite 316
Montgomery, AL 36130

**Scott A. Gilliland**
111 9th Street North
Suite 400
Birmingham, AL 35203-3127

**Byron Renard Perkins**
The Cochran Firm
505 North 20th Street
Suite 825
Birmingham, AL 35203

**William Patton Gray, Jr.**
Gray & Associates LLC
3800 Colonnade Parkway, Suite 545
Birmingham, AL 35243

**Margaret L. Fleming**
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, AL 36130-0152

**Willie Julius Huntley, Jr.**
The Huntley Firm PC
PO Box 370
Mobile, AL 36601

**John J. Park, Jr.**
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, AL 36130-0152

**Mai Lan Fogal Isler**
**Christopher W. Weller**
Capell Howard PC
PO Box 2069
Montgomery, AL 36102-2069

 Brandy Murphy Lee
OF COUNSEL

3