IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN__ DIVISION

__Velma Easterling__,  )
)
Plaintiff,  )
)
v.  )   CASE NO. __2:07-cv-567-MHT__
)
__State of Alabama, et al.__,  )
)
Defendants,  )

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW __Velma Easterling__, a __Plaintiff__ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☒ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

__Reportable Entity__                                    __Relationship to Party__

_____     _____

_____     _____

_____     _____

__7/16/2007__                              /s/ Russell W. Adams
Date                                      (Signature)

                                          Russell W. Adams
                                          (Counsel's Name)

                                          Velma Easterling
                                          Counsel for (print names of all parties)
                                          Wiggins, Childs, Quinn & Pantazis, LLC
                                          301 19th Street North
                                          Address, City, State Zip Code
                                          205-314-0500
                                          Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN__ DIVISION

## CERTIFICATE OF SERVICE

I, Russell W. Adams, Counsel for Plaintiff, do hereby Certify that a true and correct copy of the foregoing has been furnished by notification via the CM/ECF system (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 16th day of July 20 07, to:

Warren B. Lightfoot, Jr., Esq., John B. Holmes, III, Esq., Abigail H. Avery, Esq., Maynard Cooper & Gayle, PC,

1901 Sixth Avenue North, 2400 AmSouth/Harbert Plaza, Birmingham, AL 35203

Sharon F. Ficquette, Esq., Legal Office, P.O. Box 304000, Montgomery, AL 36130

Alice Ann Byrne, Esq., Folsom Administrative Building, 64 N. Union St., Ste. 316, Montgomery, AL 36130

M. Jefferson Starling, III, Esq., Aaron L. Dettling, Esq., Balch & Bingham, 1710 Sixth Avenue North,

Birmingham, AL 35203

7/16/2007  
Date

/s/ Russell W. Adams  
Signature