IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VELMA EASTERLING | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 2:07cv567-MHT |
| | ) |
| ALABAMA CRIME VICTIMS | ) |
| COMPENSATION COMMISSION, et al., | ) |
| | ) |
| Defendants | ) |

### DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT

**COME NOW** the Defendants, Alabama Crime Victims and Compensation Commission and Martin Ramsey (collectively hereinafter "these defendants"), by and through their undersigned counsel of record and move this Honorable Court to enter an Order dismissing Plaintiff's Complaint or, in the alternative, compelling Plaintiff to provide a more definite statement of her claims:

1. The Plaintiff has failed to state a claim for which relief can be granted. Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants move this Court to enter an Order dismissing Plaintiff's claims with prejudice. In the alternative, Defendants move this Court, pursuant to Rule 12(e) of the Federal Rules of Civil Procedure, to enter an Order compelling the Plaintiff to provide a more definite statement as to the facts and claims alleged against these Defendants.

2. In support of said motions, Defendants submit the memorandum brief filed simultaneously herewith.

WHEREFORE, the premises considered, Defendants request that this Honorable Court enter an Order dismissing Plaintiff's Complaint. Alternatively, Defendants request

that this Court enter an Order compelling Plaintiff to provide a more definite statement of her claims against these Defendants.

    Respectfully submitted,

    /s/ Brandy Murphy Lee
Brandy Murphy Lee (ASB-8735-E67B)
CAMPBELL, GIDIERE, LEE,
    SINCLAIR & WILLIAMS, L.L.C.
2100-A SouthBridge Parkway, Suite 450
Birmingham, AL 35209
(205) 803-0051 – telephone
(205) 803-0053 – facsimile
blee@cwp-law.com – email

**Attorney for Defendants Crime Victims Compensation Commission And Martin Ramsey, Executive Director**

## CERTIFICATE OF SERVICE

    I hereby certify that I have on September 13, 2007, electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail as indicated below):

**Russell Wayne Adams**
**Rocco Calamusa, Jr.**
Wiggins Childs Quinn & Pantanzis, PC
301 19th Street North
Birmingham, AL 35203-3204

    Brandy Murphy Lee
    OF COUNSEL