IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **VELMA EASTERLING** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 2:07cv567-MHT |
| ) | |
| **STATE OF ALABAMA, et al.,** ) | |
| ) | |
| Defendants ) | |

## CRIME VICTIMS AND COMPENSATION COMMISSION'S AND ANITA DRUMMOND'S MOTION TO STRIKE DAMAGE CLAIM

**COME NOW** the Defendants, Crime Victims and Compensation Commission and Anita Drummond (collectively hereinafter "these defendants"), and hereby files its Motion to Strike Damage Claim filed by Plaintiff. In support of said motion, Defendants state as follows:

Respectfully submitted,

/s/ Brandy Murphy Lee
Brandy Murphy Lee (ASB-8735-E67B)

**OF COUNSEL:**
CAMPBELL, GIDIERE, LEE,
    SINCLAIR & WILLIAMS, L.L.C.
2100-A SouthBridge Parkway, Suite 450
Birmingham, AL 35209
Tel:   205-803-0051
Fax:   205-803-0053
blee@cwp-law.com

## CERTIFICATE OF SERVICE

  I hereby certify that I have on October 24, 2007, electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail as indicated below):

Russell Wayne Adams
Rocco Calamusa, Jr.
Joseph Hiram Calvin, III
Richard Joe Ebbinghouse
Kimberly C. Page
Gregory O'Dell Wiggins
Wiggins Childs Quinn & Pantanzis, PC
301 19th Street North
Birmingham, AL 35203-3204

James Alan Mendelsohn
Collins Law Firm
1117 22nd Street South
Birmingham, AL 35205-2813

Robert Jackson Russell, Sr.
Department of Agriculture & Industries
P. O. Box 3336
14450 Federal Drive
81 Watson Circle
Montgomery, AL 36107

Henry Lewis Gillis
Thomas Means Gillis & Seay PC
PO Drawer 5058
Montgomery, AL 36103-5058

Frank Decalve Marsh
Assistant General Counsel
State of Alabama
Department of Industrial Relations
649 Monroe Street, Room 211
Montgomery, AL 36131

Andrew Weldon Redd
Alabama Department of Transportation
Legal Bureau
1409 Coliseum Boulevard
Montgomery, AL 36110

Alice Ann Byrne
State Personnel Department
64 North Union Street
Folsom Administrative Building
Suite 316
Montgomery, AL 36130

Scott A. Gilliland
111 9th Street North
Suite 400
Birmingham, AL 35203-3127

Byron Renard Perkins
The Cochran Firm
505 North 20th Street
Suite 825
Birmingham, AL 35203

William Patton Gray, Jr.
Gray & Associates LLC
3800 Colonnade Parkway, Suite 545
Birmingham, AL 35243

Margaret L. Fleming
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, AL 36130-0152

Willie Julius Huntley, Jr.
The Huntley Firm PC
PO Box 370
Mobile, AL 36601

John J. Park, Jr.
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, AL 36130-0152

Mai Lan Fogal Isler
Christopher W. Weller
Capell Howard PC
PO Box 2069
Montgomery, AL 36102-2069

2

/s/ Brandy Murphy Lee
OF COUNSEL