IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| VELMA EASTERLING, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:07cv567-MHT |
| | ) | |
| ALABAMA CRIME VICTIMS | ) | |
| COMPENSATION COMMISSION, | ) | |
| et al., | ) | |
| | ) | |
|    Defendants. | ) | |

## ORDER

It is ORDERED as follows:

(1) The motion to withdraw (Doc. No. 23) is granted.

(2) The motion to strike (Doc. No. 22) is withdrawn.

DONE, this the 25th day of October, 2007.

                                /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE