IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| VELMA EASTERLING,            ) | |
| ) | |
|    Plaintiff,            ) | |
| ) | CIVIL ACTION NO. |
|    v.            ) | 2:07cv567-MHT |
| ) | |
| ALABAMA CRIME VICTIMS            ) | |
| COMPENSATION COMMISSION,            ) | |
| et al.,            ) | |
| ) | |
|    Defendants.            ) | |

                                 ORDER

It is ORDERED that the motion for extension of time (Doc. No. 25) is granted.

DONE, this the 30th day of October, 2007.

                                 /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**