IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **VELMA EASTERLING** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| v. | *   Civil Action No.: 2: 07cv567-MHT |
| | * |
| **ALAMABAMA CRIME VICTIMS** | * |
| **COMPENSATION COMMISSION, et al.** | * |
| | * |
| **Defendant.** | * |

**CONSENT MOTION FOR SEVEN DAY EXTENSION OF TIME TO FILE
PLAINTIFF'S AMENDED COMPLAINT**

COMES NOW the plaintiff, Velma Easterling, and moves this Honorable Court to extend the plaintiff's deadline to file an amended complaint or other response to the defendants' motion to dismiss. In support of this motion, the parties state as follows:

1. The current deadline for plaintiff to file an amended complaint or other response to the defendants' motion is November 19, 2007.

2. Counsel for the parties have discussed the particularized circumstances surrounding this action and have agreed that an additional extension of time is warranted.

3. Counsel for the defendants do not oppose and have consented to this motion.

Wherefore, premises considered, plaintiff respectfully requests that the above deadline be extended by seven days.

Respectfully submitted,

s/ Russell W. Adams
Russell W. Adams
Attorney for the Plaintiff

OF COUNSEL:

WIGGINS, CHILDS, QUINN & PANTAZIS, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500

## CERTIFICATE OF SERVICE

I hereby certify that on this the 17th day of November 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Alice Ann Byrne
State Personnel Department
64 North Union Street
316 Folsom Administrative Bldg.
Montgomery, AL 36130

Brandy Murphy Lee
Charles W. Reed, Jr.
Jenifer Champ Wallis
State Personnel Department
Legal Division
64 North Union Street
Folsom Administrative Bldg.
Suite 316
Montgomery, AL 36130

s/ Russell W. Adams
OF COUNSEL