IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| VELMA EASTERLING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:07cv567-MHT |
| ) | |
| ALABAMA CRIME VICTIMS ) | |
| COMPENSATION COMMISSION, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

It is ORDERED that the motion for seven-day extension of time (Doc. No. 27) is granted.

DONE, this the 19th day of November, 2007.

    /s/ Myron H. Thompson
  UNITED STATES DISTRICT JUDGE