IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VELMA EASTERLING | * |
| | * |
|     Plaintiff, | * |
| | * |
| v. | *   Civil Action No.: 2: 07cv567-MHT |
| | * |
| ALABAMA CRIME VICTIMS | * |
| COMPENSATION COMMISSION, et al. | * |
| | * |
|     Defendants. | * |

## MOTION OF RUSSELL ADAMS AND THE ATTORNEYS OF WIGGINS CHILDS TO WITHDRAW AS COUNSEL FOR THE PLAINTIFF AND TO ALLOW THE PLAINTIFF TO RETAIN NEW COUNSEL

COMES NOW the undersigned attorney, Russell W. Adams and the law firm of Wiggins Childs, Quinn and Pantazis, LLC, counsel for the Plaintiff Velma Easterling, and moves this Honorable Court to their withdrawal as Plaintiff's counsel of record and to extend the deadline to file an amended complaint or other response to the defendants' motion to dismiss and to allow the plaintiff to find new counsel. As grounds for this motion, the undersigned states as follows:

1. Discovery in this case is currently set to run through December 2, 2008.

2. Unless the Court orders otherwise, the undersigned will no longer represent the Plaintiff;

3. Plaintiff has disregarded advise of counsel and the undersigned believes that he can no longer represent the Plaintiff to the best of her interests and that the attorney-client relationship has been irreparably damaged;

4. The undersigned further requests the Court allow the Plaintiff to secure additional

      counsel and to file her amended complaint;

4.     The undersigned certifies that a copy of this motion is being served on the Plaintiff via certified and regular mail; and

5.     The Plaintiff's most recent contact information known to the undersigned is:

> Velma Easterling
> 1130 Old Breckenridge Ln.
> Montgomery, Al 36117

WHEREFORE, PREMISES CONSIDERED, the undersigned respectfully requests that this Honorable Court allow him and the members of his firm to withdraw as counsel for record for the Plaintiff and to allow the Plaintiff thirty days to find new counsel and to file an amended complaint or other response to the defendants' motion to dismiss.

      Respectfully submitted,

      /s/ Russell W. Adams
      Russell W. Adams

OF COUNSEL:

WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35203
(205) 314-0500

## **CERTIFICATE OF SERVICE**

  I hereby certify that on November 26, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties, and I hereby certify that, to the best of my knowledge and belief, there are no non-CM/ECF participants to whom the foregoing is due to be mailed by way of the United States Postal Service, except that a copy of the foregoing has been mailed to Velma Easterling as set forth above.


        /s/ Russell W. Adams
        Of Counsel