# NO PDF ATTACHED TO THIS ENTRY. SEE [29] MOTION TO WITHDRAW FOR PDF.