IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| VELMA EASTERLING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:07cv567-MHT |
| | ) | |
| ALABAMA CRIME VICTIMS | ) | |
| COMPENSATION COMMISSION, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

It is ORDERED as follows:

(1) The motion to withdraw as counsel (Doc. No. 29) is granted.

(2) The motion to allow plaintiff time to retain new counsel (Doc. No. 29) is granted.

(3) Plaintiff Velma Easterling is allowed until January 7, 2008, to obtain new counsel; otherwise, the court will assume that she is

representing herself, that is, proceeding pro se.

(4) The motion to dismiss and alternative motion for more definite statement (Doc. No. 18) are reset for submission, without oral argument, on January 7, 2008, with all briefs due by said date.

DONE, this the 28th day of November, 2007.


    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**