IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| VELMA EASTERLING,         ) | |
|                     ) | |
|    Plaintiff,         ) | |
|                     ) | CIVIL ACTION NO. |
|    v.         ) | 2:07cv567-MHT |
|                     ) | |
| ALABAMA CRIME VICTIMS         ) | |
| COMPENSATION COMMISSION,         ) | |
| et al.,         ) | |
|                     ) | |
|    Defendants.         ) | |

### ORDER

For good cause shown, it is ORDERED that, pursuant to 28 U.S.C.A. § 636, this case is referred to the United States Magistrate Judge for consideration and disposition or recommendation on all pretrial matters as may be appropriate.

DONE, this the 9th day of January, 2008.

                                   /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE