IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

VELMA EASTERLING,                 )
                                  )
        Plaintiff,                )
                                  )
v.                                )     CIVIL ACTION NO.  2:07CV567-MHT
                                  )
STATE OF ALABAMA PERSONNEL        )
DEPARTMENT, *et al.*,             )
                                  )
        Defendants.               )

**ORDER**

Upon consideration of the motion to dismiss (doc. #18 ) filed by the State of

Alabama Department of Alabama Crime Victims Compensation Commission and Martin

Ramsey, it is

ORDERED as follows:

(1) On or before February 1, 2008, the plaintiff shall show cause in writing filed

with the court why the motion should not be granted.

(2) Oral argument on the motion to dismiss be and is hereby set on February 5,

2008, at 9:30 a.m. in Courtroom 4B, United States Courthouse Complex, One Church

Street, Montgomery, Alabama.

The plaintiff is advised that if she fails to appear at the oral argument, the court

will treat her failure as an abandonment of her case and the claims set forth in her

complaint.  The plaintiff is further cautioned that if she fails to comply with the directives

of this order**,** the court will recommend that this case be dismissed for such failure.

Done this 10th day of January, 2008.


            /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE