**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Velma Easterling
1130 Old Breckenridge Lane
Montgomery, AL 36117

07cv567    33 asc

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Alfred E._ _____    ☒ Agent
                      ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

Gene E. _____    1-11-08

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered    ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7007 1490 0000 0026 7128

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540