**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **VELMA EASTERLING** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Civil Action No.: 2:07cv567-MHT** |
| ) | |
| **STATE OF ALABAMA, et al.,** ) | |
| ) | |
| **Defendants** ) | |

## CONFLICT DISCLOSURE STATEMENT

Defendant(s) Crime Victims and Compensation Commission and Martin Ramsey, in the above-captioned matter, and in accordance with the Order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members, and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047, as follows:

1. Defendant Crime Victims and Compensation Commission is a governmental entity;

2. Defendant Martin Ramsey is an individual.

Dated this the 15th day of January, 2008.

Respectfully submitted,

/s/ Brandy Murphy Lee
Brandy Murphy Lee (ASB-8735-E67B)
CAMPBELL, GIDIERE, LEE,
    SINCLAIR & WILLIAMS, L.L.C.
2100-A SouthBridge Parkway, Suite 450
Birmingham, AL 35209
(205) 803-0051 – telephone
(205) 803-0053 – facsimile
blee@cwp-law.com – email

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have on January 15, 2008, electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail as indicated below):

**Alice Ann Byrne**  
State Personnel Department  
64 North Union Street  
Folsom Administrative Building  
Suite 316  
Montgomery, AL 36130

BY MAIL:  
Velma Easterling  
1130 Old Breckenridge Lane  
Montgomery, AL 36117

        Brandy Murphy Lee  
        OF COUNSEL

2