IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VELMA EASTERLING )<br>)<br>  Plaintiff, )<br>)<br>v.  )<br>)<br>ALABAMA CRIME VICTIMS )<br>COMPENSATION COMMISSION, et al., )<br>)<br>  Defendants ) | Civil Action No.: 2:07cv567-MHT |

### DEFENDANTS' RENEWED MOTION TO DISMISS

**COME NOW** the Defendants, Alabama Crime Victims and Compensation Commission and Martin Ramsey (hereinafter "Defendants"), and move this Court to enter an Order dismissing Plaintiff's Complaint with prejudice. In support of said motion, Defendants state as follows:

**1.** Plaintiff Velma Easterling filed a Motion to Intervene in the *Crum, et al. v. Alabama, et al.*, CV-94-T-356-N, lawsuit. The Motion to Intervene was granted. Thereafter, this case was converted into a separate lawsuit. See Doc. No. 1.

**2.** After this matter was severed into its own lawsuit, Defendants filed their motion to dismiss. See Doc. No. 18. In response to said motion, this Court entered its Order of January 10, 2008, wherein the Court granted Plaintiff until February 1, 2008 to show cause, in a writing filed with the court, why Defendants' motion should not be granted. See Court Order, Doc. No. 33.

**3.** The Plaintiff herein has failed and/or refused to filing any pleading, motion, or other document with the court showing cause why Defendants' motion should not be granted. Defendants' motion to dismiss stands uncontroverted and is due to be granted. Additionally, as Plaintiff has failed to show cause – as ordered by this court –

Plaintiff's Complaint is also due to be dismissed on the additional ground of Plaintiff's failure to prosecute her claims.

4. Such a sanction was specifically outlined in this Court's Order of January 10, wherein the Court gave notice that "The plaintiff is advised that if she fails to appear at the oral argument, the court will treat her failure as an abandonment of her case and the claims set forth in her complaint." See Order, Doc. No. 33. Likewise, the Court has given advance warning to the Plaintiff that "The plaintiff is further cautioned that if she fails to comply with the directives of this order, the court will recommend that this case be dismissed for such failure." See Order, Doc. No. 33.

5. The Plaintiff has failed to obtain new legal counsel, and this Court's Order was provided to the Plaintiff, as evidenced by the Return Receipt Card showing service of this Court's Order on the Plaintiff on January 11, 2008. See Doc. No. 34.

6. The Plaintiff has failed to show cause, as ordered by this Court. Defendants' motion to dismiss is supported by applicable facts and law and stands uncontroverted before this Court.

**WHEREFORE**, the premises considered, Defendants respectfully request that the Court dismiss Plaintiff's Complaint and all claims alleged therein, with prejudice.

Respectfully submitted,

 /s/ Brandy Murphy Lee
Brandy Murphy Lee (ASB-8735-E67B)
CAMPBELL, GIDIERE, LEE,
    SINCLAIR & WILLIAMS, L.L.C.
2100-A SouthBridge Parkway, Suite 450
Birmingham, AL 35209
(205) 803-0051 – telephone
(205) 803-0053 – facsimile
blee@cwp-law.com – email

**Attorney for Defendants Crime Victims Compensation Commission And Martin Ramsey, Executive Director**

2

## CERTIFICATE OF SERVICE

      I hereby certify that I have on February 4, 2008, electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail as indicated below):

**Alice Ann Byrne**
State Personnel Department
64 North Union Street
Folsom Administrative Building
Suite 316
Montgomery, Alabama 36130


VIA U.S. Mail, postage pre-paid:

Velma Easterling
1130 Old Breckenridge Lane
Montgomery, Alabama 36117


                                          <u>Brandy Murphy Lee</u>
                                          OF COUNSEL