IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **VELMA EASTERLING,** ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | **CIVIL ACTION NO.** |
| v. ) | **07 cv 567-MHT** |
| ) | |
| **ALABAMA CRIME VICTIMS** ) | |
| **COMPENSATION COMMISSION,** *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

___

## NOTICE OF APPEARANCE

COMES NOW, Joana S. Ellis, and gives notice to all parties that she is now additional counsel for Defendants State Personnel Department and Jackie Graham.

Respectfully submitted this the 4th day of February, 2008.

                                                    /s/ Joana S. Ellis
                                                  JOANA S. ELLIS (ELL 014)
                                                  ALICE ANN BYRNE (BYR 015)
                                                  Attorneys for Defendants
                                                  State Personnel Department and
                                                  Jackie Graham, Director of State
                                                  Personnel Department

STATE PERSONNEL DEPARTMENT
LEGAL DIVISION
64 North Union Street
Folsom Administrative Bldg.
Suite 316
Montgomery, Alabama 36130
(334) 242-3450
(334) 353-4481 (fax)
joana.ellis@personnel.alabama.gov

2

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 4th day of February, 2008, the foregoing document was filed electronically with the Clerk of the Court via the CM/ECF system which will send notice of electronic filing to the following:

For the Plaintiff:
  Russell W. Adams, Esq.           radams@wcqp.com
  Rocco Calamusa, Jr., Esq.          rcalamusa@wcqp.com
  WIGGINS CHILDS QUINN & PANTAZIS, P.C.
  The Kress Building
  301 19th Street North
  Birmingham, AL  35203-3204

For Defendant Crime Victims Compensation Commission
and Martin Ramsey, Executive Director
  Brandy Lee Murphy, Esq.          blee@cgl-law.com
  Charles W. Reed, Jr., Esq.          creed@cgl-law.com
  Jenifer Champ Wallis, Esq.          jwallis@cgl-law.com
  CAMPBELL GIDIERE LEE SINCLAIR & WILLIAMS, LLC
  2100-A SouthBridge Parkway
  Suite 450
  Birmingham, AL  35209-1303


                    /s/   Joana S. Ellis
                    Of Counsel