January 28, 2008

Office of the Clerk
United District Court
P.O. Box 711
Montgomery, AL 36101-0711

RE: Civil Action No. 2:07CV567-MHT

This plaintiff is advising the court to dismiss this case against the **Alabama Crime Victim Compensation Commission**.

Sincerely,

Velma F. Easterling