IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **VELMA EASTERLING,** ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | **CIVIL ACTION NO.** |
| **v.** ) | **07 cv 567-MHT** |
| ) | |
| **ALABAMA CRIME VICTIMS** ) | |
| **COMPENSATION COMMISSION,** *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

_____

### NOTICE OF APPEARANCE

COMES NOW Keith S. Miller, Esq., of Wilkerson & Bryan, P.C., and hereby files his notice of appearance as counsel of record on behalf of the Defendants State of Alabama Personnel Department and Jackie Graham, in her official capacity, in the above-styled cause.

Respectfully submitted on this 15th day of April, 2008.

    /s/ Keith S. Miller
Keith S. Miller (MIL080)
Attorney for the Defendants
State of Alabama Personnel Board
and Jackie Graham in her Official Capacity

OF COUNSEL:
**WILKERSON & BRYAN, P.C.**
P.O. Box 830
405 South Hull Street
Montgomery, Alabama  36101-0830
(205) 265-1500
(334) 265-0319 – fax
keith@wilkersonbryan.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 15th day of April, 2008, the foregoing document was filed electronically with the Clerk of the Court via the CM/ECF system which will send notice of electronic filing to the following:

For the Plaintiff:
    Russell W. Adams, Esq.                          radams@wcqp.com
    Rocco Calamusa, Jr., Esq.                      rcalamusa@wcqp.com
    WIGGINS CHILDS QUINN & PANTAZIS, P.C.
    The Kress Building
    301 19th Street North
    Birmingham, AL  35203-3204

For Defendant Crime Victims Compensation Commission
and Martin Ramsey, Executive Director
    Brandy Lee Murphy, Esq.                      blee@cgl-law.com
    Charles W. Reed, Jr., Esq.                       creed@cgl-law.com
    Jenifer Champ Wallis, Esq.                   jwallis@cgl-law.com
    CAMPBELL GIDIERE LEE SINCLAIR & WILLIAMS, LLC
    2100-A SouthBridge Parkway
    Suite 450
    Birmingham, AL  35209-1303

For Defendants State of Alabama, Governor Fob James, and State Personnel Department
    Alice Ann Byrne
    State Personnel Department
    Legal Division
    Folsom Administrative Building
    64 North Union Street ~ Suite 316
    Montgomery, AL  36130
    (334) 242-3451
    (334) 353-4481 fax


                                                              /s/   Keith S. Miller
                                                              Of Counsel