IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **VELMA EASTERLING,** ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | **CIVIL ACTION NO.** |
| v. ) | **07 cv 567-MHT** |
| ) | |
| **ALABAMA CRIME VICTIMS** ) | |
| **COMPENSATION COMMISSION,** *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

_____

**NOTICE OF SUBSTITUTION AND WITHDRAWAL OF COUNSEL**

Counsel for Defendants State Personnel Department and Jackie Graham hereby give notice that Joana S. Ellis (ELL 014) is no longer with the State Personnel Department, and that Tara S. Knee will be substituted in her place.

Respectfully submitted this the 1st day of July, 2008.

    /s/ Alice Ann Byrne
ALICE ANN BYRNE  (BYR 015)

    /s/ Tara S. Knee
TARA S. KNEE (KNE 003)

STATE PERSONNEL DEPARTMENT
LEGAL DIVISION
Folsom Administrative Building
64 North Union Street ~ Suite 316
Montgomery, AL  36130
(334) 242-3451
(334) 353-4481 fax
aliceann.byrne@personnel.alabama.gov
tara.knee@personnel.alabama.gov

        /s/ Keith S. Miller _____
KEITH S. MILLER (MIL 080)

WILKERSON & BRYAN, P.C.
405 South Hull Street
P. O. Box 830
Montgomery, AL 36101-0830
(334) 265-1500
(334) 265-0319 fax
keith@wilkersonbryan.com

        Attorneys for Defendants
State Personnel Department and
Jackie Graham, Director of State
Personnel Department

### CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of June, 2008, the foregoing document was filed electronically with the Clerk of the Court via the CM/ECF system which will send notice of electronic filing to the following:

For the Plaintiff:
    Rocco Calamusa, Jr., Esq.        rcalamusa@wcqp.com
    Russell W. Adams, Esq.        radams@wcqp.com
    WIGGINS CHILDS QUINN & PANTAZIS, P.C.
    The Kress Building
    301 19th Street North
    Birmingham, AL 35203-3204

For Defendant Crime Victims Compensation Commission
and Martin Ramsey, Executive Director
    Brandy Lee Murphy, Esq.        blee@cgl-law.com
    Charles W. Reed, Jr., Esq.        creed@cgl-law.com
    Jenifer Champ Wallis, Esq.        jwallis@cgl-law.com
    CAMPBELL GIDIERE LEE SINCLAIR & WILLIAMS, LLC
    2100-A SouthBridge Parkway
    Suite 450
    Birmingham, AL 35209-1303

        /s/ Tara S. Knee
        Of Counsel