IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| VELMA EASTERLING, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:07cv567-MHT |
| | ) | |
| ALABAMA CRIME VICTIMS COMPENSATION COMMISSION, et al., | ) ) ) | |
| | ) | |
|    Defendants. | ) | |

## ORDER

It is ORDERED that the notice of withdrawal of counsel (Doc. No. 44) is treated as a motion to withdraw and said motion is granted.

DONE, this the 2nd day of July, 2008.

                         /s/ Myron H. Thompson
                      UNITED STATES DISTRICT JUDGE