IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| VELMA EASTERLING, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:07cv567-MHT |
| | ) | (WO) |
| ALABAMA CRIME VICTIMS COMPENSATION COMMISSION, et al., | ) ) ) | |
| | ) | |
|    Defendants. | ) | |

OPINION

This lawsuit, in which plaintiff Velma Easterling claims racial discrimination in employment, is before the court on the recommendation of the United States Magistrate Judge that this case be dismissed without prejudice in part and with prejudice in part. Also before the court are objections filed by one of the four remaining defendants. After an independent and de novo review of the record, the court concludes that the objections should be overruled and the recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 14th day of July, 2008.

                                           /s/ Myron H. Thompson
                                     **UNITED STATES DISTRICT JUDGE**