IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| VELMA EASTERLING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:07cv567-MHT |
| | ) | (WO) |
| ALABAMA CRIME VICTIMS | ) | |
| COMPENSATION COMMISSION, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendant Martin Ramsey's objections (Doc. No. 42) are overruled.

(2) The recommendation of the United States Magistrate Judge (Doc. No. 41) is adopted.

(3) Defendant Alabama Crime Victims and Compensation Commission's motions to dismiss (Doc. Nos. 18 &

37) are granted and said defendant and the claims against it are dismissed with prejudice.

(4) Defendants Jackie Graham, Martin Ramsey, and Alabama Personnel Department and the claims against these defendants are dismissed without prejudice.

(5) Defendant Ramsey's motions to dismiss (Doc. Nos. 18 & 37) are denied as moot.

(6) Defendants Ramsey and Alabama Crime Victims and Compensation Commission's alternative motion for more definite statement (Doc. No. 18) is denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 14th day of July, 2008.

          /s/ Myron H. Thompson
      UNITED STATES DISTRICT JUDGE